THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR, | CASE NO. C24-0308-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 5, 2024, Plaintiff filed a motion for leave to proceed *in forma pauperis*, to which he attached several documents, including a proposed complaint. (*See* Dkt. No. 1.) On March 12, 2024, Plaintiff filed a complaint. (*See* Dkt. No. 5.) Each of these documents was filed under seal. But in order for documents to remain under seal, a party must so move.

Accordingly, Plaintiff is DIRECTED to file a motion to seal by Friday, March 29, 2024, where he explains why the documents (Dkt. Nos. 1, 5) should remain under seal. If he fails to do so by this date, the documents will be unsealed. *See* Local Civil Rule 5(g).

//

//

MINUTE ORDER
C24-0308-JCC
PAGE - 1

DATED this 12th day of March 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C24-0308-JCC
PAGE - 2