THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C24-0308-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for leave to amend his complaint (Dkt. No. 17). Having duly considered the relevant record, the Court hereby GRANTS the motion for the reasons described below.

Under Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." The Ninth Circuit has stated that "this policy is to be applied with extreme liberality." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (citations and quotations omitted). "Courts may decline to grant leave to amend only if there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment, etc.'" *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Given the early stage of this case and the

1  fact that Defendant has not yet appeared, the Court does not find there is any undue prejudice or
2  undue delay. *See Porter v. Yuba City Police Dep't*, 2021 WL 3051990, slip op. at 1 (E.D. Cal.
3  2021).
4      Accordingly, Plaintiff's motion for leave to amend the complaint (Dkt. No. 17) is
5  GRANTED.
6      DATED this 27th day of June 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE