THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | CASE NO. C24-0308-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 20). According to the local rules, such a motion must include the following:

(A) A certification that the party has met and conferred with all other parties in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal; this certification must list the date, manner, and participants of the conference;
(B) A specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of:
    i.   the legitimate private or public interests that warrant the relief sought;
    ii.  the injury that will result if the relief sought is not granted; and
    iii. why a less restrictive alternative to the relief sought is not sufficient.

LCR 5(g)(3). Plaintiff's motion fails to do so. While the Court waived this requirement in prior

instances, (*see, e.g.*, Dkt. Nos. 12-1, 12-2), it will not do so here.

      Plaintiff is INSTRUCTED to supplement the motion to seal (Dkt. No. 20) within (7) days of this order, to demonstrate compliance with LCR 5(g)(3). The supplement must address Plaintiff's motions to amend his complaint (Dkt. Nos. 14–17) and the supporting exhibits (Dkt. Nos. 14-1–14-12, 15-1–15-8, 16-1–16-8, 17-1–17-8), along with Plaintiff's Amended Complaint (Dkt. No. 24) and supporting exhibits (Dkt. Nos. 24-1–24-7). If Plaintiff fails to do so, the above-mentioned documents will be unsealed.

      DATED this 15th day of July 2024.

    Ravi Subramanian
    Clerk of Court

    s/Kathleen Albert
    Deputy Clerk