THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAGHAVENDRAN SHANKAR,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

CASE NO. C24-0308-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for relief from a deadline (Dkt. No. 44) to submit his response (Dkt. No. 41) to Defendant's motion to dismiss (Dkt. No. 36). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.[1] Defendant shall file its reply no later than September 13, 2024. Defendant's motion to dismiss (Dkt. No. 36) is similarly RENOTED for September 13, 2024.

//

---

[1] In so granting, the Court reiterates its admonishment to Plaintiff that *pro se* plaintiffs remain bound by the rules of procedure. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Nevertheless, because Plaintiff only filed his response a day late, and because courts in the Ninth Circuit "have an obligation to give a liberal construction to the filings of pro se litigants," *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court will allow Plaintiff relief from the deadline in this very limited circumstance.

MINUTE ORDER
C24-0308-JCC
PAGE - 1

DATED this 9th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk