THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. C24-0308-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Presently before the Court are Plaintiff's motion to seal (Dkt. No. 32) and renewed motion for leave to amend his complaint (Dkt. No. 47), as well as Defendant's motions to dismiss (Dkt. No. 36) and motion to modify case scheduling order (Dkt. No. 42). In the interest of judicial economy, the Court will consider the motions concurrently. Accordingly, the Court DIRECTS the Clerk to RENOTE all pending motions for September 30, 2024. The parties' response and reply briefs remain due according to the original noting dates. *See* LCR 7(d).

//

//

//

1 DATED this 13th day of September 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C24-0308-JCC
PAGE - 2