THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C24-0308-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　Presently before the Court are Plaintiff's motion to seal (Dkt. No. 32), renewed motion for leave to amend his complaint (Dkt. No. 47), and motion for preliminary injunction (Dkt. No. 52), as well as Defendant's motion to dismiss (Dkt. No. 36), and motion to modify the case scheduling order (Dkt. No. 42). The Court previously renoted Docket Numbers 32, 36, 42, and 47 for September 30, 2024. (*See generally* Dkt. No. 51.) Relatedly, per the Court's entry setting the initial case management dates (Dkt. No. 38), the parties are supposed to meet and confer per FRCP 26(f) by October 1, 2024.

　　　However, given that the case still has not proceeded past the initial pleadings stage, the Court *sua sponte* finds execution of the FRCP 26(f) meet-and-confer requirements premature at this stage. Accordingly and finding good cause, the Court VACATES the initial case

management schedule (Dkt. No. 38) and further STRIKES as moot Defendant's motion to modify the case scheduling order (Dkt. No. 42).

      For the parties' awareness, the Court will first consider Plaintiff's renewed motion for leave to amend his complaint (Dkt. No. 47) once it is fully briefed, followed by Defendant's motion to dismiss (Dkt. No. 36), if it still applies, before resetting the initial case management dates.

      DATED this 20th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk