THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | CASE NO. C24-0308-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 10, 2024, Plaintiff timely filed a reply brief in response to Defendant's opposition to Plaintiff's motion for preliminary injunction (Dkt. No. 65), and then filed a second reply brief that same day (Dkt. No. 66). On October 11, 2024, Plaintiff then filed a third, albeit timely, reply brief (Dkt. No. 67). Upon review, the Court finds that docket number 67 is a more fulsome version of docket numbers 65 and 66. The Court therefore STRIKES docket numbers 65 and 66, and will consider only docket number 67. The Court also reminds Plaintiff once again to comply with the local rules. If Plaintiff wishes to timely amend or replace his filings, he should do so by submitting a *praecipe*. *See* LCR 7(m). If Plaintiff fails to follow this procedure in the future, the Court will have no choice but to refuse to consider his later filed corrections or additions to the record.

MINUTE ORDER
C24-0308-JCC
PAGE - 1

DATED this 11th day of October 2024.

                    Ravi Subramanian
                    Clerk of Court

                    s/Kathleen Albert
                    Deputy Clerk