THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR, | CASE NO. C24-0308-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to withdraw docket numbers 87, 88, and 89 (Dkt. No. 94). Plaintiff's motion is GRANTED. The Clerk is DIRECTED to STRIKE docket numbers 87, 88, and 89. The Clerk is further DIRECTED to STRIKE docket number 92 as unresponsive to the Court's order to show cause (Dkt. No. 91).

DATED this 31th day of October 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk