THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR, | CASE NO. C24-0308-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to withdraw docket number 93 in favor of docket number 96 (Dkt. No. 99). Plaintiff's motion is GRANTED. The Clerk is DIRECTED to STRIKE docket number 93. The Clerk is further DIRECTED to STRIKE all docket entries after docket number 96, *except* for docket numbers 99, 108, and 112, as unresponsive to the Court's order to show cause (Dkt. No. 91).

DATED this 4th day of November 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0308-JCC
PAGE - 1