THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. C24-0308-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously ordered Plaintiff to show cause why it should not find him to be a vexatious litigant (Dkt. No. 91). In so ordering, the Court warned Plaintiff that it "[would] not consider a response that exceeds five (5) pages in length." (Dkt. No. 91 at 2.) Plaintiff submitted a response (Dkt. No. 96) and a praecipe correcting the response (Dkt. No. 108), both of which combined totaled a little over five (5) pages. Nevertheless, the Court considered both filings. And yet, Plaintiff filed *another* praecipe (Dkt. No. 139), this time totaling 12 pages. As the Court clearly warned in its order to show cause (Dkt. No. 91), it will not consider a response that exceeds five (5) pages in length. The Court therefore STRIKES docket number 139.

//

//

MINUTE ORDER
C24-0308-JCC
PAGE - 1

DATED this 5th day of November 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
