THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAGHAVENDRAN SHANKAR,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

CASE NO. C24-0308-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for sanctions and to proceed IFP on appeal (Dkt. No. 146). The motion is procedurally infirm, as the Court issued judgment in this matter many months ago, the appeal of which was similarly denied. (*See* Dkt. Nos. 75, 143.)

DATED this 30th day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0308-JCC
PAGE - 1